# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL ROBIN ROSS, et al., | Case No.: 2:22-cv-00146-APG-EJY |
| Plaintiffs | **Order** |
| v. | |
| OAKMONT SENIOR LIVING OF LAKES OPCO, LLC, et al., | |
| Defendants | |

I ORDER the plaintiffs to file a response to the defendants' response (ECF No. 8) to the order to show cause (ECF No. 5) by March 1, 2022.

DATED this 15th day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE